GERALD E. WALCOTT, Appellant, *v.* W. ROY FISHER et al., Constituting the Madrid Central School Board, District No. 1 of the Town of Madrid, St. Lawrence County, Respondents.

Argued May 17, 1949; decided June 2, 1949.

*Richard C. Algie* and *Frank L. Cubley* for appellant.
*William Crapser* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.